**Walmart** >'<
Save money. Live better.



### Remedy Poly Filled Easy Sleeper Pillow

★★★★☆ ▼  (8 Customer Reviews)   Write a review   |

| Buy from Walmart | Shipping & Pickup |

Online

**$18.**<sup>97</sup>

Quantity [1 ▼]   **Add to Cart**

Add to:   **My List**   **My Registry**

**In stock** for:
- **Free pickup from a store or FedEx Office®**
  - as soon as **8/16** with **sitetostore**·   [ Check More Stores ]
- **Ship to home**   When will it arrive?
  – Free standard shipping on eligible $45 orders with **home** *free*



  Free Shipping on college essentials*   **Shop Now**
*On eligible items

### Item Description

Remedy Poly Filled Easy Sleeper Pillow

$18.<sup>97</sup>  |  Free standard shipping on eligible $45 orders with home *free*

The Remedy Poly Filled Easy Side Sleeper Pillow helps you sleep restfully. The unique contour comfort of this Neck Support Pillow properly positions your neck and shoulders while you sleep, These Neck Pillows for Sleeping help you wake up with a relaxed neck pocket of the Remedy Poly Filled Easy Side Sleeper Pillow provides home or on the go, this Neck Support Pillow can travel the globe with you for comfort in any country. These Neck Pillows for Sleeping are perfect for airplanes, road trips and more. The Remedy Poly Filled Easy Side Sleeper Pillow will help you to get a good night's sleep and wake up refreshed, relieving pain. Reducing strain on the neck and back, this Neck Support Pillow helps to correct your posture while you sleep. These Neck Support Pillows for Sleeping come with zippered pillow covers for easy cleaning.

**Remedy Poly Filled Easy Sleeper Pillow:**
- Promotes a more healthy sleep to awake feeling more refreshed
- Reduces strain on the neck and back
- Built-in ear pocket for ultimate comfort
- Helps correct your sleep posture by properly positioning your head and neck
- Special shape contours to your back, keeping your spine aligned
- Zippered pillow cover for easy cleaning
- Dimensions: 21"L x 17.5"W x 5"H

### Specifications    Top of Page

| | |
|---|---|
| Primary Color: | White |
| Multi Pack Indicator: | No |
| Battery Type: | Does Not Contain a Battery |
| Model No.: | 80-YT225 |
| Shipping Weight (in pounds): | 3.5 |
| Product in Inches (L x W x H): | 5.0 x 17.5 x 21.0 |
| Assembled in Country of Origin: | Imported |
| Origin of Components: | Imported |

### Pricing Policy

**About Our Prices**

We strive to provide you with the lowest prices possible on Walmart.com as well as in our stores. However, sometimes a price online does not match the price in a store. Walmart.com's prices may be either higher or lower than local store prices. Prices may also vary between stores. Our local stores do not honor Walmart.com pricing or competitor advertisements from outside of a store's local trade territory.

**EXHIBIT C**





# EXHIBIT D

PATENTED PILLOW

INFRINGING PILLOW